# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| SHERRI FRYE, INDIVIDUALLY AND AS ) <br> NEXT FRIEND TO AUSTIN FRYE AND ) <br> KAYTE FRYE, MINORS, AND SANDY ) <br> BURRAGE, INDIVUDALLY AND AS ) <br> NEXT FRIEND TO GRANT BURRAGE, A ) <br> MINOR, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> FORD MOTOR COMPANY ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 2-05CV-299 <br><br> JUDGE WARD <br><br> JURY REQUESTED |

## ORDER OF DISMISSAL

On the date indicated below came on to be considered the Joint Stipulation of Dismissal by and between Plaintiffs, Sherri Frye, Individually, as Next Friend to Austin Frye and Kayte Frye, Minors, and Sandy Burrage, Individually and as Next Friend to Grant Burrage, a Minor, and Defendant, Ford Motor Company.

It is, THEREFORE, ORDERED by the Court that pursuant to the settlement of all claims by Plaintiffs against Ford Motor Company, the claims of Plaintiffs Sherri Frye, Individually, as Next Friend to Austin Frye and Kayte Frye, Minors, and Sandy Burrage, Individually and as Next Friend to Grant Burrage, a Minor, against Ford Motor Company are hereby dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1), with costs taxed against the parties incurring same

SIGNED: December 21, 2005

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED
AS TO FORM AND SUBSTANCE:

TRACY & CARBOY
5473 Blair Road, Suite 200
Dallas, TX 78231
(214) 324-9000
(972) 387-2205 (fax)

By: _____
E. Todd Tracy
State Bar No. 20178650

ATTORNEYS FOR PLAINTIFFS



THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Avenue, Suite 1500
Austin, Texas 78701
512-708-8200
512-708-8777 TELECOPIER

By: _____
Ronald D. Wamsted
State Bar No. 20832000

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY