IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHERRI FRYE, INDIVIDUALLY AND AS NEXT FRIEND TO AUSTIN FRYE AND KAYTE FRYE, MINORS, AND SANDY BURRAGE, INDIVIDUALLY AND AS NEXT FRIEND TO GRANT BURRAGE, A MINOR | § § § § § § § | |
| V. | § § | NO. 2:05CV299-TJW |
| FORD MOTOR COMPANY | § § | |

### ORDER

Pursuant to the Order of Dismissal entered December 21, 2005, granting the parties' joint stipulation of dismissal, all pending motions are hereby **DENIED AS MOOT**.

SIGNED this  4th  day of January, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE